Thomas M. Fedeli (Bar # TF4602)
**CLYDE & CO US LLP**
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TATA AIG GENERAL INSURANCE
COMPANY LIMITED                                              Case No.:

                    Plaintiff,

     v. -                                                             **COMPLAINT**

COSCO SHIPPING LINES CO., LTD.

                    Defendant.
-------------------------------------------------------X

Plaintiff, TATA GENERAL INSRUANCE COMPANY LIMITED ("Plaintiff"), by its undersigned attorneys, Clyde & Co US LLP, complains of defendant COSCO SHIPPING LINES CO., LTD. ("Defendant") and alleges the following upon information and belief.

## INTRODUCTION

1. This is an action to recover losses arising from the damage to a valuable cargo of pharmaceutical products ("Cargo") that occurred in or about August 2024 during transportation from the port of Nhava Sheva, India to New York, United States ("Incident") on the container vessel APL QINGDAO (IMO 9461893) (the "Vessel").

1

2. Defendant was and is a vessel operating common carrier ("VOCC") that agreed to transport the Cargo from its origin in India to its intended port of discharge in the United States.

3. Plaintiff insured the Cargo and paid its insured, the owner of the Cargo at the time of the Incident, Glenmark Pharmaceuticals Inc. (USA) ("GPI"), $624,738.79 for the loss pursuant to the terms of the applicable insurance policy, and Plaintiff thereby became subrogated to pursue this action to the extent of that payment.

4. Plaintiff seeks to recover from Defendant, the party responsible for the Incident.

## PARTIES

5. Plaintiff at all relevant times was and is an Indian general insurance company headquartered in Mumbai, India. Plaintiff was the insurer of the Cargo and of GPI.

6. Defendant is a VOCC owned or controlled by the People's Republic of China and registered with the United States Federal Maritime Commission bearing Organization No. 015614.

## JURISDICTION AND VENUE

7. Plaintiff's complaint contains a cause of action for cargo damage that arises under a United States federal statute, namely, the Carriage of Goods by Sea Act, 46 U.S.C. § 30701, *et seq*.

8. This lawsuit comprises an admiralty and maritime claim pursuant to Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1333.

9. Venue is proper under 28 U.S.C. § 1391(b)(1).

## FACTUAL ALLEGATIONS

10. In or about July 2024, Defendant received the Cargo at the port of Nhava Sheva, India and there agreed to transport the Cargo via ocean carriage to the intended port of discharge, the port of New York, United States.

11. The Cargo was stored in a temperature controlled refrigerated shipping container.

12. The Cargo was loaded and stowed aboard the Vessel for transport to the United States.

13. Defendant issued Sea Waybill No. COSU6390674320 (the "Waybill") to cover the subject shipment.

14. As reflected in the Waybill, the Cargo was to be temperature controlled throughout the transport, with a set temperature of 18 degrees Celsius.

15. The Cargo was discharged at the port of New York on or about September 4, 2024.

16. When GPI received the Cargo, it was found the Cargo had molded as a result of temperature abuse during the transportation and while in the custody and control of Defendant

17. As a result of the temperature abuse, the Cargo was rendered unusable and had to be destroyed.

18. The Cargo owner, GPI, presented a claim to its cargo insurer, Plaintiff, who paid GPI $624,738.79 to resolve the claim.

19. Plaintiff thereby became subrogated to the loss to the extent of that payment.

20. Plaintiff therefore has been damaged in the sum of not less than $624,738.79, in an amount to be proven as a sum certain at trial, no part of which has been paid by Defendant, despite due demands therefor.

21. Plaintiff seeks to recover the full extent of its damages from the responsible party, Defendant, plus interest and costs.

## CAUSE OF ACTION

**(Breach of Contract of Carriage, COGSA 46 U.S.C. § 30701, *et seq*.)**

22. Plaintiff realleges paragraphs 1-21 as if set forth at length herein.

23. The Carriage of Goods by Sea Act (COGSA) applies to this dispute because it involves breach of a contract of ocean carriage between a foreign port and a port of the United States.

24. Defendant, under contract of carriage and in return for good and valuable consideration, agreed to transport the Cargo from India to the United States and there deliver the Cargo in the same good order and condition as when received.

25. In breach of and in violation of said agreement, Defendant did not deliver Cargo in the same good order and condition as when received. To the contrary, the Cargo arrived damaged as a result of temperature abuse during the ocean carriage.

26. As a result of Defendant's breach, Plaintiff sustained damages of not less than $624,738.79.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray for judgment against Defendants as follows:

    a.    Monetary damages to be proven with certainty at trial in the amount of not less than $624,738.79;

    b.    Pre-judgment and post-judgment interest on said monetary damages;

    c.    Costs of suit in pursuing this action, including reasonable attorneys' fees; and

    d.    Such other relief as this Honorable Court may deem just and proper.

Dated: August 27, 2025                    **CLYDE & CO US LLP**
                                          Attorneys for Plaintiff


                                          By: */s/ Thomas M. Fedeli*
                                                  Thomas M. Fedeli
                                                  **CLYDE & CO US LLP**
                                                  355 S. Grand Avenue, Suite 1400
                                                  Los Angeles, CA 90071

                                                  Corey R. Greenwald
                                                  **CLYDE & CO US LLP**
                                                  405 Lexington Avenue, 16th Floor
                                                  New York, NY 10174